CT Corporation

**Service of Process Transmittal**
02/28/2019
CT Log Number 535006176

**TO:**  James Habschmidt, CFO
F.H. Paschen, S.N. Nielsen Inc.
5515 N East River Rd
Chicago, IL 60656-1113

**RE:**  **Process Served in Louisiana**

**FOR:**  F.H. Paschen, S.N. Nielsen Inc.  (Domestic State: IL)
*According to our records representation services for this entity have been discontinued in this jurisdiction.*

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | BRUCE BRANDEN, JR., Pltf. vs. F.H. Paschen, S.N. Nielsen Inc., et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Citation, Petition, Exhibit(s) |
| **COURT/AGENCY:** | Orleans Civil District Court, Parish of Orleans, LA<br>Case # 201901701 |
| **NATURE OF ACTION:** | Employee Litigation - Wrongful Termination - 07/26/2018 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/28/2019 at 08:35 |
| **JURISDICTION SERVED :** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after the service hereof |
| **ATTORNEY(S) / SENDER(S):** | COURTNEY H. PAYTON<br>AARON & GLANNA, PLC<br>201 St. Charles Avenue<br>Suite 3800<br>New Orleans, LA 70170<br>(504) 569-1800 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air , 1ZX212780130255252<br><br>Email Notification,  James Habschmidt  habs@fhpaschen.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816-4378 |
| **TELEPHONE:** | 954-473-5503 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

ATTORNEY'S NAME:   Payton, Courtney H 30663
AND ADDRESS:   935 Gravier St , New Orleans, LA 70163

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2019-01701       **DIVISION: C**       SECTION: 10

**BRANDEN, BRUCE JR**

**Versus**

**PASCHEN, F.H. ET AL**

### CITATION

TO:      **F.H. PASCHEN, S.N. NIELSEN, INC.**

THROUGH:     **ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CT CORPORATION SYSTEM**
            **3867 PLAZA TOWER DR., BATON ROUGE, LA 70816**

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

VERIFIED PETITION FOR DAMAGES

 a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the
Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15)
days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\*

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA February 19, 2019

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Dacia Smith, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| VERIFIED PETITION FOR DAMAGES | VERIFIED PETITION FOR DAMAGES |
| ON  F.H. PASCHEN, S.N. NIELSEN, INC. | ON  F.H. PASCHEN, S.N. NIELSEN, INC. |
| THROUGH:  ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CT CORPORATION SYSTEM | THROUGH:  ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CT CORPORATION SYSTEM |
| Returned the same day | by leaving same at the dwelling house. or usual place of abode, in the hands of |
| _____ No. _____ | _____ a person of suitable age and |
| Deputy Sheriff of _____ | discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating |
| Mileage: $ _____ | HIM/HER the said F.H. PASCHEN, S.N. NIELSEN, INC. being absent from the |
| _____ / ENTERED /_____ | domicile at time of said service. |
| PAPER      RETURN | Returned the same day |
| _____/_____/_____ | _____ No. _____ |
| SERIAL NO.  DEPUTY  PARISH | Deputy Sheriff of _____ |



**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

DOCKET NO.: 209 - 0701                                DIVISION:

**BRUCE BRANDEN, JR.**

**VERSUS**

**F.H. PASCHEN, S.N. NIELSEN, INC., FHP TECTONICS CORP.,**

**DAVID FLORES, LEO WRIGHT, GEORGE PATTERSON,**

**and ABC INSURANCE COMPANY**

FILED: _____          _____
                                                        **DEPUTY CLERK**

<u>**VERIFIED PETITION FOR DAMAGES**</u>

    **NOW INTO COURT**, through undersigned counsel, comes Plaintiff Bruce Branden, Jr., a person of the full age of majority and a resident of the Parish of Orleans, State of Louisiana, who respectfully represents the following:

**1.**

    Made defendants herein are **F.H. Paschen, S.N. Nielsen, Inc.** ("F.H. Paschen") and its wholly owned subsidiary, **FHP Tectonics Corp.** ("FHP Tectonics"), **David Flores, Leo Wright, George Patterson,** and **ABC Insurance Company**. F.H. Paschen and FHP Tectonics are both Illinois corporations authorized to do and doing business in the State of Louisiana. Based upon information and belief, David Flores is a resident of Livingston Parish, George Patterson is a resident of Orleans Parish, and Leo Wright is a resident of Illinois. ABC Insurance company was at all times the insurer of one or both companies. At all relevant times, F.H. Paschen and/or FHP Tectonics were the employer of the Plaintiff; David Flores was the direct supervisor of the Plaintiff; Leo Wright was the Senior Vice President who oversaw David Flores; and George Patterson was the Director of Property Management for the City of New Orleans.

**2.**

    Venue is proper in Orleans Parish as one or more defendants is an Orleans resident; all relevant actions occurred in Orleans Parish; Plaintiff's damages have been sustained in Orleans

Parish, and the defendant corporations maintain an office in Orleans Parish, where Plaintiff was employed.

## BACKGROUND

### 3.

Plaintiff, Bruce Branden, Jr., was employed by F.H. Paschen and/or FHP Tectonics for six years. He was initially hired in Chicago, then he was transferred to New Orleans where he was ultimately promoted to Superintendent. He was an exemplary employee, receiving numerous bonuses and promotions.

### 4.

After moving to New Orleans in early May of 2012, Plaintiff performed his job admirably and was promoted first to Foreman, then to Acting Superintendent in 2014 and finally to Superintendent in 2015. Once promoted to Superintendent, Plaintiff noticed certain illegal practices involving his employer, employees of the City of New Orleans Department of Property Management and certain subcontractors, regarding the utilization of said subcontractors, the payment of their inflated invoices, and the monetary and other unlawful kickbacks to City employees in connection therewith. His specific concerns were as follows:

1) George Patterson, Director of Property Management for the City of New Orleans, would direct F.H. Paschen to hire certain subcontractors at a price set by George Patterson. When Plaintiff stated he knew of subcontractors that would perform better work cheaper and offered to bid out the subcontract, he was told not to question it by George Patterson, as well as his superiors at F.H. Paschen.

2) Plaintiff told selected subcontractors their payment would not be approved until a visual walkthrough was performed and F.H. Paschen was paid by the City, which is the usual rule F.H. Paschen operates under. Plaintiff was then contacted by Dave Flores and George Patterson who told Plaintiff to never tell these particular subcontractors they would not get paid. Often, these subcontractors would be paid prior to the job being completed or even started, frequently being paid ahead of other subcontractors who had already completed jobs.

3) Plaintiff would attempt to direct these subcontractors to follow and enforce procedure and safety regulations (both OSHA and FHP internal procedures), and was told to cease attempting to direct those subcontractors and to leave them alone.

4) Plaintiff overheard Edward F. Sens, at the time Deputy Director of the Department of Property Management for the City of New Orleans, talking to the subcontractor about workers to be sent to Mr. Sens' house. He stated, "Don't send the ones that smoke weed to my house." The subcontractor seemed very worried that Mr. Sens was talking to him about this, and denied knowing what Mr. Sens was talking about. Mr. Sens clarified, "You know, the same painters you sent to George's house!"

Plaintiff began bringing these concerns to his direct supervisor, Dave Flores, in mid to late 2015 or early 2016. In November or December of 2017 Plaintiff spoke up during a meeting with George Patterson and several others, explaining to Mr. Patterson that he could find more qualified, reliable, and cheaper subcontractors, and in fact had found a reliable subcontractor willing to perform the job for substantially less money than the favored subcontractor. George Patterson immediately threatened Plaintiff by saying "I can make people disappear, I've done it before."

After the meeting in which Plaintiff was threatened, Herman Hogues, former operations manager for the City of New Orleans Department of Property Management, approached Plaintiff in a concerned manner and told Plaintiff that he needed to take Mr. Patterson's threats seriously, and that Mr. Patterson had made people "disappear" before.

George Patterson was fired by the City of New Orleans in late June of 2018 as a housekeeping measure by the incoming City Administration. Shortly thereafter, Dave Flores and F.H. Paschen Senior VP, Leo Wright, began making threats on Plaintiff's job and his life. Specific threats made by Dave Flores include; "Other things can happen than you just losing your job. Remember Herb, Mike, and Larry."[1]

Mr. Flores and Mr. Wright both referenced Plaintiff's complaints during these threats; asking who else Plaintiff had spoken to about his concerns, and accusing him of cooperating with investigations into George Patterson's conduct as Director of Property Management for the City

---

[1] This threat referred to "Herb," a former FHP subcontractor who had been shot in the head. Mike and Larry were former FHP employees. Mike was removed from the JOC program for complaining about the favored subcontractor.

of New Orleans. Plaintiff addressed these threats during a meeting with Mr. Flores on June 25, 2018 and requested to speak with corporate counsel regarding how to field inquiries regarding George Patterson's termination by the City. Mr. Flores denied Plaintiff's request. Plaintiff followed up via e-mail to Mr. Flores on July 11, 2018, and restated his concerns.[2] After receiving no response, Plaintiff emailed several other members of F.H. Paschen/FHP Tectonics management on July 17, 2018[3], and was contacted about this email by corporate counsel, Brian Guerin, via e-mail on July 18, 2018.[4] Plaintiff once again stated his concerns, and detailed the threats made and the effect on his mental health.

## COUNT ONE:

## RETALIATION IN VIOLATION OF LOUISIANA WHISTLEBLOWER STATUTE
### (Corporate Defendants)

**5.**

On or about July 26, 2018 and acting as authorized agents of one or both corporate defendants, corporate counsel Brian Guerin and Michael Woods, a general superintendent of F.H. Paschen, wrongfully terminated the plaintiff. At the time, plaintiff was given no reasons, written or oral, for his termination. Plaintiff's termination of employment was a direct result of his complaints regarding unethical and illegal billing practices, illegal choice of subcontractors, and complaints regarding threats of termination and/or physical violence for questioning these matters – which was also an attempt to deter Plaintiff from cooperating with investigations into the City of New Orleans Department of Property Management. Subsequent to his termination, Plaintiff was contacted by local authorities and has cooperated with them with respect to their investigation of matters related to the allegations contained herein.

**6.**

Defendants' conduct, outlined above, constituted a violation or attempted violation of various state and/or federal laws, including but not limited to laws involving obstruction of justice, witness tampering, conspiracy, bribery and governmental ethics. The wrongful discharge of

---

[2] See correspondence from Bruce Branden Jr. to David Flores, dated July 11, 2018, Attached hereto as **Exhibit A.**
[3] See correspondence from Bruce Branden Jr. to Leo Wright, Jim Blair, and Mike Woods, dated July 17, 2018, attached hereto as **Exhibit B.**
[4] See correspondence between Bruce Branden Jr. & Brian Guerin, dated July 17 and 18, 2018, Attached hereto as **Exhibit C.**

Plaintiff was in violation of LA R.S. 23:967, the Louisiana Whistleblower law, as was the harassment he suffered in retaliation for his complaints.

7.

LA R.S. 23:967 provides that damages, reasonable attorney's fees, and court costs are recoverable by an employee from his employer for violations of that law. The Statute in relevant part specifically states as follows:

A.  An employer shall not take reprisal against an employee who in good faith, and after advising the employer of the violation of law:

> (1) Discloses or threatens to disclose a workplace act or practice that is in violation of state law.

> (2) Provides information to or testifies before any public body conducting an investigation, hearing, or inquiry into any violation of law.

> (3) Objects to or refuses to participate in an employment act or practice that is in violation of law.

B.  An employee may commence a civil action in a district court where the violation occurred against any employer who engages in a practice prohibited by Subsection A of this Section. If the court finds the provisions of Subsection A of this Section have been violated, the plaintiff may recover from the employer damages, reasonable attorney fees, and court costs.

C.  For the purposes of this Section, the following terms shall have the definitions ascribed below:

> (1) "Reprisal" includes firing, layoff, loss of benefits, or any discriminatory action the court finds was taken as a result of an action by the employee that is protected under Subsection A of this Section; however, nothing in this Section shall prohibit an employer from enforcing an established employment policy, procedure, or practice or exempt an employee from compliance with such.

> (2) "Damages" include compensatory damages, back pay, benefits, reinstatement, reasonable attorney fees, and court costs resulting from the reprisal.

## COUNT TWO

## RETALIATION IN VIOLATION OF INTERNAL POLICIES

### 8.

F.H. Paschen's "Code of Business Ethics and Conduct"[5] provides each employee rights that are greater than provided by law, and it imposes greater duties on F.H. Paschen than imposed by law. These rights include the right to raise concerns without fear of being terminated.  In fact, the F.H. Paschen Code of Business Ethics and Conduct imposes an affirmative duty on employees to report suspected violations of the law. It reads: "No adverse action or retribution of any kind will be taken against an employee because he or she reports a suspected violation of this Code *or other irregularity*…Employees are subject to discipline for improper conduct **or for failing to take reasonable steps to prevent or detect improper conduct**" (emphasis added).  Plaintiff signed a statement agreeing to report *suspected* violations of any Federal or State laws, regulations, or the Code of Business Ethics and Conduct on March 30, 2018.[6] These policies were echoed by a memorandum sent to all F.H. Paschen and FHP Tectonic employees by Jim Blair on March 1, 2018, which reads, "The Companies guarantee that no adverse action or retribution of any kind will be taken against an employee because he or she reports a suspected violation or other irregularity."[7]

### 9.

The actions of David Flores, Leo Wright, F.H. Paschen, and FHP Tectonics have clearly violated the standards and policies of F.H. Paschen's Code of Business Ethics and Conduct.

## COUNT THREE:

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

### (David Flores, Leo Wright, George Patterson)

### 10.

The extreme and outrageous conduct by David Flores, Leo Wright, and George Patterson caused Plaintiff great mental strain and anguish. amounts to intentional or negligent infliction of

---

[5] Attached hereto, in pertinent part, as Exhibit D.
[6] Attached hereto as Exhibit E.
[7] Attached hereto as Exhibit F

emotional distress under La. Civ. Code Ann. Art. 2315. Under the doctrine of *respondeat superior*, F.H. Paschen and FHP Tectonics are also responsible for the harm caused by the acts of their agents.[8]

## 11.

Defendants, who were Plaintiff's supervisor, division Vice President, and director of the City agency work was performed for, set out on a campaign of deliberate and repeated harassment of the Plaintiff over the course of several months. On top of threats to his life, from both his supervisors and City officials, Plaintiff was given conflicting information on what his duties should entail, and then reprimanded no matter what course of action he took. He was told certain duties were his responsibility to attend to, and then was reprimanded when he performed them. He was repeatedly asked if he was cooperating with any department or agency in their investigation of the City of New Orleans' Division of Property Management, and was called a liar and threated with physical harm and adverse employment action when he reported he had, at that time, not spoken to any investigators.

The harassment was detrimental to Plaintiff's mental and physical health, which was the result Defendants intended, or knew it would be certain or substantially certain to follow from their conduct. Plaintiff was forced to take several days off work due to stress and anxiety caused by the Defendants' conduct. Despite the addition of a home security system, and changes to his house that would make home invasion more difficult, Plaintiff continues to suffer extreme fear and anxiety due to Defendants' threats.

## 12.

Plaintiff has met the requirements of LA R.S. 23:967 and La. Civ. Code Ann. Art. 2315. He notified his employer of potential participation in and facilitation of a kickback scheme and other violations of law involving public officials, as required by F.H. Paschen's own internal policies. He complained up the chain of command despite threat to his safety and livelihood. Because of this, his own supervisors engaged in a calculated pattern of harassment designed to make him fear for his life, and to deter him from participating in any investigations of wrongdoing

---

[8] LA Civ Code 2320

committed by his employer.  Due to his wrongful termination, Plaintiff has sustained substantial economic loss both in salary and in health insurance and retirement opportunities, and has sustained great emotional suffering and anxiety, for which defendants are responsible.

WHEREFORE, plaintiff, Bruce Branden, Jr., prays that defendants F.H.P. Tectonics, F.H. Paschen, S.N. Nielsen Inc., David Flores, Leo Wright, George Patterson and ABC Insurance Company, be duly served and cited to appear and to answer this Petition, as provided by law; and that after legal delays and due proceedings are had that there be judgment rendered against defendants F.H.P. Tectonics, F.H. Paschen, S.N. Nielsen Inc., David Flores, Leo Wright, George Patterson and ABC Insurance Company and in favor of plaintiff for an amount sufficient to compensate plaintiff for the injuries and losses he suffered as a result of the wrongful retaliation, wrongful termination, and intentional infliction of emotional distress he experienced, with legal interest thereon from the date of judicial demand until paid, for reasonable attorney's fees, and for all costs of these proceedings, together with such other relief as law, equity and the nature of the case shall permit.

Respectfully Submitted:

AARON & GIANNA, PLC

WILLIAM D. AARON, JR. (LSBA #2267)T.A.
COURTNEY H. PAYTON (LSBA #30663)
201 St. Charles Avenue
Suite 3800
New Orleans, LA 70170
Telephone: (504) 569-1800
Facsimile: (504) 569-1801
waaron@aarongianna.com
cpayton@aarongianna.com
*Attorneys for Bruce Branden, Jr.*

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

**PLEASE SERVE:**

F.H. Paschen, S.N. Nielsen, Inc.
Through its registered agent for service of process:

CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

FHP Tectonics
Through its registered agent for service of process:

CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

David Flores
At his place of business:

4034 Canal Street
New Orleans, LA 70119

George Patterson
521 Saint Mary St
Apt 305
New Orleans LA 70130


**TO BE SERVED via certified mail**
under the long-arm statute La. R.S. 13:3204:

Leo Wright
F.H. Paschen, S.N. Nielsen Inc.
5515 N. East River Road
Chicago, IL 60656

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

DOCKET NO.:                                                    DIVISION: "     "

**BRUCE BRANDEN, JR.**

**VERSUS**

**F.H. PASCHEN, S.N. NIELSEN, INC., FHP TECTONICS CORP.,**

**DAVID FLORES, LEO WRIGHT, GEORGE PATTERSON,**

**and ABC INSURANCE COMPANY**

FILED: _____          _____

                                                                    **DEPUTY CLERK**

## VERIFICATION

I, Bruce Branden, Jr. hereby state that:

   1)  I have read the foregoing Verified Petition;

   2)  That I am authorized to make this *Verification* on my own behalf;

   3)  That the factual allegations contained in Paragraphs 1-10 are true and correct based on my

        personal knowledge, and information available to me which I believe to be true to the best

        of my knowledge, information, and belief.

Executed on the 13th day of February, 2019 in New Orleans, Louisiana.


                                                        _____
                                                                    Bruce Branden, Jr.


**THUS SWORN AND SUBSCRIBED**
Before me, a Notary Public, in New Orleans,
Louisiana, this 13th day of February, 2019.

_____
NOTARY PUBLIC
Printed Name: ___Wm. D. Aaron, Jr___

Notary I.D./Bar No. ___2267___

My Commission Expires ___AT MY DEATH___

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

 **Gmail**

Bruce Branden

## RE: Va 9th floor- Delgado Reno - issues and safety issues

Bruce Branden <bbranden@                    •                                   Wed, Jul 11, 2018 at 2:55 PM
To: Dave Flores <dflores
Cc: Joseph Lupo <JLupo·               n>, Nick Bilski <NBilski@·          >, Mike Woods
<mwoods         m>, "brucebrandenjr·        ·                                 , Leo Wright
<LWright        ·

Dave,

I didn't mean to insult you or however you may have taken my question. I was just asking a question about the job when I had a requested/emergency Personal days off because I knew you had been on site.

I guess over the last week, I am very confused on what you have expected from me. You informed me to stay away from city hall and the VA due to the amount of heat and stuff going on with Property Managements investigations and questions. You requested me to keep on site visits to a minimum. So I have done so. Now you are requesting me to be there more often than usual. I guess, I feel very confused about all of this at the moment. Can you provide me with exactly what you want me to do and what is expected? Because I feel as if I am being pulled both ways/from different directions and it is very stressful.

David Lye has not been on site the last 2 times I have been there. There isn't a foreman or a Safeway Rep on site to talk too. And there is a language barrier amongst the rest of the crews. It only makes sense to inform Todd Allred and let him handle his crews as we do for all our other subs.

Rage? I am honestly a bit confused by this. If quality control and safety isn't important on this job please let me know. I have treated all FHP jobs to our requested/suggested quality and safety standards provided by Chicago. Please let me know if I should handle this any differently. I copied Nick Bilski, just in case something has changed he can inform me of these changes.

Over the last 2 weeks. I feel completely stressed out over accusations from Leo and Yourself. All I am trying to do is keep my head down and do my job. I have no reason to be speaking with anyone from the city about any accusations towards their former staff. In addition to that accusation, I keep being asked to do one thing one way and then do it totally different the next. One minute I am asked to inform the city of what work has been performed on a job and then the next minute I am told to inform you or Joey Lupo to send an email because I gave to much information. None of this makes any sense to me. Please elaborate what you expect from me.

I have performed my job to the best of my abilities since I was hired over 6 years ago in the building division and moved into JOC in 2014/15. What I don't understand is that since George Patterson has been released from the city. All of a sudden, I am being questioned about everything I do and accused of saying things I have not. I have been nothing but LOYAL to F.H. PASCHEN and FHP Tectonics Corp and now I feel completely cornered and separated from the team. The biggest rejection that I have received that shows me big concern is that After our Monday meeting when George was released. I (and another FHP employee) requested that I would like to speak to FHP legal Counsel for Advice on how to handle city employees asking us questions and how to answer them correctly. I was denied that request. I am very confused by this and it extremely stresses me out.



The mental abuse that I am receiving is definitely taking its toll on me. I would like to request to have these questions answered and resolved.

Bruce Branden

 **Gmail**

Bruce Branden

---

## FHP no response

Bruce Branden <bbrander. ̄ ̄ ̄    ... .ı>             Tue, Jul 17, 2018 at 8:03 AM
To: Dave Flores <dflores ̄ ̄ ̄ ̄ ̄ ̄ ̄ ̄ ̄ ̄ ̄ ̄n>, Jim Blair <JBlair ̄ .
Cc: Joseph Lupo <JLupo(           .n>, Nick Bilski <NBilski ̄      m>, Mike Woods
<mwoods@ ̄        >, ̄          ı" <brucebrandenjr ̄      , Leo Wright
<LWright ̄ ̄

Fhp management,

I have yet to get a response from my immediate supervisors or upper management on these questions I have.

This makes me have greater concern and creates extreme anxiety over these situation. It has gotten to the point that I haven't been able to sleep or eat. I have had to take personal sick days due to this situation. I would turn to HR but we don't have an HR department to turn to since Jeanette has moved to D.C. With FHP.

The mental abuse just continues without having these questions resolved. Not to mention, I still have not received one response to my previous email below. Please let me know when I can have these questions and concerns resolved. The stress levels are beyond any levels I have ever experienced and I went through the craziness during hurricane Isaac down here at South Plaque High School and I never thought I could experience more stress than that.

## Regards,

**BRUCE BRANDEN**

**Superintendent | NOLA J.O.C. Projects**

4034 Canal Street
New Orleans, LA. 70119
Direct 847.736.5610 | Main 504.206.3000 | Fax 504.592.9346
BBranden@fhpaschen.com | www.fhpaschen.com
**Build with Paschen**
*An Equal Opportunity Employer*

☐ ☐☐☐

This e-mail message is for the sole use of the recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient(s), please contact the sender by reply e-mail and destroy all copies of the original message.


EXHIBIT B

 Gmail                                                    Bruce Branden ·

## Re: NOLA Discussion

| | | |
|---|---|---|
| **Bruce Branden** < .> | | Wed, Jul 18, 2018 at 10:31 AM |
| To: Brian Guerin < | | |
| Cc: Jim Blair < | ·, Nick Bilski <NBilski | >, Mike Woods <mwoods |

Brian,

I did not respond because I took a mental sick day because of the amount of stress that I have been put through these passed couple of weeks.

I would like to discuss sooner than later 3-4 weeks is a very long time to work in the Hostile Work Environment that Dave Flores and Leo Wright have created.

Yes I do have safety concerns. I have been threatened by Dave, Leo and the Former Director of Property Management. What doesn't make sense to me is the subs that were favored by this director we still use and are being protected by Dave and Leo. We are suppose to be working for the Owner and provide quality work at a fair price. Yet I am being told when I'm doing my job that I am in the wrong. That is only with these said subs. This brings much concern to me on why these subs (that are completely and utterly outright expensive) are even still being used. We should have the owners best interest in heart but we don't. These leaders are putting FHP in New Orleans at risk of failure better yet setting us up to fail hard with the expectations of the owner. These expectations were told to us in a group JOC meeting that Dave Flores attended. Then after the meeting and I inform Dave we should remove a certain sub off all of our jobs. I get a phone call within an hour later from Leo suggesting that I have been talking with the city officials and making crazy accusations. The accusations continued over and over for almost 5 minutes. Then a week or so later, receiving threatening phone calls from Dave stating that oh you took a sick day? Are you interviewing with other companies? You should be looking for a new job, etc. then that I better expect calls from Leo that he knows I've been speaking with people and I can expect to get fired over it. Only thing is that I have kept my head down and not talking to anyone. These accusations and harassment are unacceptable.

The hostile work environment that these two men have created is unacceptable. No one should have to deal with this in the work place.

## Regards,

**BRUCE BRANDEN**
**Superintendent | NOLA J.O.C. Projects**

**4034 Canal Street**
**New Orleans, LA. 70119**
Direct 847.736.5610 | Main 504.206.3000 | Fax 504.592.9346
BBranden@fhpaschen.com | www.fhpaschen.com
**Build with Paschen**
*An Equal Opportunity Employer*
☐ ☐☐☐

This e-mail message is for the sole use of the recipient(s) and may contain confidential and privileged information. Any



unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient(s), please contact
the sender by reply e-mail and destroy all copies of the original message.

On Jul 18, 2018, at 11:07 AM, Brian Guerin <BGuerin⌐. ... ⌐              • wrote:

Bruce,

I did not receive a response yesterday to my questions and concerns related to your apparent concern for
your safety.

I want to arrange a meeting to discuss the issues you raised. Are you available next Thursday or Friday?

Brian

**BRIAN A. GUERIN**

Corporate Counsel

<image003.png>

5515 N. East River Road, Chicago, IL 60656

Main 773.444.3474 | Direct 773.444.1542

bguerin@fhpaschen.com | www.fhpaschen.com

**Build with Paschen**

*An Equal Opportunity Employer*

This e-mail message is for the sole use of the recipient(s) and may contain confidential and privileged information. Any unauthorized review, use,
disclosure, or distribution is prohibited. If you are not the intended recipient(s), please contact the sender by reply e-mail and destroy all copies of the
original message.

From: Brian Guerin
Sent: Tuesday, July 17, 2018 10:53 AM
To: Bruce Branden <bbranden          >
Subject: RE: NOLA Discussion

Bruce,

What "accident" are you in fear of — have you received physical threats of harm? What reason do you have to not meet at the local office (or our corporate offices, for that matter)? Do you have concerns related to your personal safety?

Your issue is new to me and I am attempting to understand the facts but have new concerns based upon your response to my invitation.

Finally, this is a business matter. I do not reply to personal email accounts when conducting internal business with employees with working email accounts. If you are having trouble with your email access, contact IT.

**BRIAN A. GUERIN**

**Corporate Counsel**

<image002.png>

5515 N. East River Road, Chicago, IL 60656

Main 773.444.3474 | Direct 773.444.1542

bguerin@fhpaschen.com | www.fhpaschen.com

**Build with Paschen**

*An Equal Opportunity Employer*

This e-mail message is for the sole use of the recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient(s), please contact the sender by reply e-mail and destroy all copies of the original message.

From: Bruce Branden
Sent: Tuesday, July 17, 2018 10:20 AM
To: Brian Guerin <BGuerin       m>
Cc: brucebrandenjr
Subject: Re: NOLA Discussion

Brian,

I will not be in Chicago and I don't want to go any time soon in fear that something can "accidentally" happen to me.

I can meet in New Orleans and I prefer it to be in a public place and not at the office.

**Regards,**

**BRUCE BRANDEN**

**Superintendent | NOLA J.O.C. Projects**

<~WRD271.jpg>

**4034 Canal Street**

**New Orleans, LA. 70119**

**Direct 847.736.5610 | Main 504.206.3000 | Fax 504.592.9346**

**BBranden@fhpaschen.com | www.fhpaschen.com**

**Build with Paschen**

*An Equal Opportunity Employer*

<~WRD271.jpg> <~WRD271.jpg> <~WRD271.jpg> <~WRD271.jpg>

This e-mail message is for the sole use of the recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient(s), please contact the sender by reply e-mail and destroy all copies of the original message.

On Jul 17, 2018, at 9:57 AM, Brian Guerin <BGuerin@FHPaschen.com> wrote:

Bruce,

I have been made aware that you have some concerns related to your current assignment(s). I received an forwarded email from you regarding management issues and your workload. I apologize for not reaching out to you sooner; this time of year is busy, as you know.

I want to arrange a time to discuss your email and other concerns. Do you have any current plans to be in Chicago in the coming weeks? If not, I will arrange to meet you for an interview at our New Orleans office in late July or early August. Let me know what is most convenient for you.

Brian

### 8.5 Drug-Free Workplace

The unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance is prohibited in the Company's workplace. The Company will take disciplinary action against violators of the drug prohibition. Compliance with the Company's prohibition on the use of illegal drugs is a condition of employment for all Company employees.

Any employee who is convicted of any violation of any federal or state drug abuse statute occurring in the workplace must notify the Company of the conviction no more than five (5) days after the conviction. The Company will notify the U.S. Government of any such conviction within ten (10) days of receipt of the employee conviction notice and will take appropriate personnel action within thirty (30) days of receipt of that notice. Any employee convicted of a violation of a drug abuse statute in the workplace may be terminated or required to participate in a drug abuse assistance or rehabilitation program.

### 8.6 Human Trafficking

The Company is committed in our business practices to reflect our Company's values, including treating people with respect and dignity. The U.S. Government has adopted a zero tolerance policy regarding trafficking in persons. In accordance with this Code and terms and conditions in applicable U.S. Government contracts, the Company complies with these requirements regarding trafficking in persons and forced labor and it flows down such requirements to its suppliers. Employees must promptly report any suspected violations by the Company or any subcontractor employees at any tier through the procedures in Section 9.

## 9. REPORTING VIOLATIONS

Employees must report suspected violations of the law and/or this Code to their supervisor, the Human Resources Department, the Legal Department, or another member of management. Alternatively, confidential and anonymous reports can be made to the Company's Business Ethics and Procurement Fraud Hotline (1-844-237-6350) at any time of day or night. Employees doing business with the U.S. Government may also report suspected violations or irregularities to the U.S. Government sector Ombudsman. No adverse action or retribution of any kind will be taken against an employee because he or she reports a suspected violation of this Code or other irregularity. Such reports shall be treated confidentially to the maximum extent consistent with fair and rigorous enforcement of the Code. Employees are subject to discipline for improper conduct or for failing to take reasonable steps to prevent or detect improper conduct.

## 10. INTERNAL CONTROL SYSTEM

The Company will maintain an internal control system to ensure that the Company continues to meet the highest ethical, legal, and business standards. The internal control system includes:

    (1)    Periodic reviews of Company practices, procedures, policies, and internal controls to judge whether they are in compliance with this Code and other applicable standards;

    (2)    Periodic monitoring and auditing to detect criminal conduct and the risk of criminal conduct;

10

Rev. Jul

EXHIBIT

D

## CODE OF BUSINESS ETHICS AND CONDUCT
## ACKNOWLEDGMENT FORM

I hereby certify that:

I have read, understand, and agree to abide by the Code of Business Ethics and Conduct. I have viewed the Ethics and Compliance Training and I have reviewed the Ethics and Compliance Training PowerPoint slides. I understand that it is my responsibility to familiarize myself with the contents of the Code. I also understand that I should ask my supervisor, the Corporate Compliance Officer, or the Legal Department to clarify any information that is unclear.

I agree to report suspected violations of any Federal and/or State laws, regulation or the Code of Business Ethics and Conduct to my supervisor, the Human Resources Department, the Legal Department, or another member of management. I understand that any violation of any Federal and/or State laws, regulations or the Code of Business Ethics and Conduct is grounds for disciplinary action, up to and including discharge from employment.

Signature: _____    Print Name: _BRUCE V. BRANDEN Jr._

Date: _3/30/10_

Department: _NOLA JOC_

12



  

**F.H. PASCHEN**     **TECTONICS**

TO:          **All Employees**

FROM:     **Jim Blair**

DATE:      **March 1, 2018**

RE:          **Management Compliance Memorandum**

F.H. Paschen, FHP Tectonics, and Stalworth maintain the highest moral, legal, and ethical standards by complying with all laws governing our operations, including compliance with SBA regulations. Compliance with the law means not only following the law, but also conducting business in a manner that upholds our reputation as an ethical and law-abiding company.

The Companies are committed to promoting and doing business with qualified small and diverse businesses, including but not limited to Minority Business Enterprises, Women Business Enterprises, Disadvantaged Business Enterprises, Veteran-Owned and Service Disabled Veteran-Owned Businesses, and 8(a) businesses. We make efforts to provide subcontracting, supplier, joint venture, and mentor-protégé opportunities to qualified small and diverse firms that perform in accordance with contract and legal requirements. We also encourage efforts to utilize small and diverse professional services firms.

We are committed to upholding our commitments to the law and to our small and diverse business partners through our robust compliance and ethics program, which includes our: DBE Compliance Handbook; Code of Business Ethics and Conduct; annual training; extensive outreach efforts and community involvement; and regular review of capability, performance, and statistical information and data on the utilization and participation of small and diverse firms. Additionally, we have several features to ensure compliance with SBA regulations governing the 8(a) Mentor-Protégé Program, including: an accounting procedure to monitor the percentage of work requirements; an 8(a) Mentor-Protégé Compliance Handbook; annual training; and internal and external compliance audits.

Employees must report suspected violations of the law, procurement regulations, Government contract terms, or Company policy to the Compliance Officer, the Legal Department, their supervisor, or another member of management. Alternatively, confidential and anonymous reports can be made to the Company's Hotline (1-844-237-6350) at any time or day or night or, for Department of Defense contracts, the DoD Hotline (1-800-424-9098). Employees doing business with the U.S. Government may also report suspected violations or irregularities to the U.S. Government sector Ombudsman.

The Companies guarantee that no adverse action or retribution of any kind will be taken against an employee because he or she reports a suspected violation or other irregularity. Such reports shall be treated confidentially to the maximum extent consistent with fair and rigorous enforcement. Employees are subject to discipline for improper conduct or for failing to take reasonable steps to prevent, detect, or report improper conduct.



EXHIBIT
F

 **CT Corporation**

**Service of Process Transmittal**
02/28/2019
CT Log Number 535006295

**TO:**  James Habschmidt, CFO
F.H. Paschen, S.N. Nielsen Inc.
5515 N East River Rd
Chicago, IL 60656-1113

**RE:**  **Process Served in Louisiana**

**FOR:**  FHP Tectonics Corp.  (Domestic State: IL)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | BRUCE BRANDEN, JR., PLTF. vs. F.H. PASCHEN, ET AL., DFTS. // TO: FHP TECTONICS |
| **DOCUMENT(S) SERVED:** | CITATION, PETITION, VERIFICATION, ATTACHMENT(S) |
| **COURT/AGENCY:** | PARISH OF ORLEANS - CIVIL DISTRICT COURT, LA<br>Case # 201901701 |
| **NATURE OF ACTION:** | Employee Litigation - Wrongful Termination - On or about 07/26/2018 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/28/2019 at 08:35 |
| **JURISDICTION SERVED :** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after the services hereof |
| **ATTORNEY(S) / SENDER(S):** | William D. Aaron, Jr.<br>AARON & GIANNA, PLC<br>None Specified |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air , 1ZX212780130255252<br><br>Email Notification,  James Habschmidt  habs@fhpaschen.com |
| **SIGNED:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816-4378<br>954-473-5503 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

ATTORNEY'S NAME:    Payton, Courtney H 30663
AND ADDRESS:        935 Gravier St , New Orleans, LA 70163

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2019-01701                 **DIVISION: C**               **SECTION: 10**

**BRANDEN, BRUCE JR**

**Versus**

**PASCHEN, F.H. ET AL**

### CITATION

TO:        FHP TECTONICS

THROUGH:   ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CT CORPORATION SYSTEM

           3867 PLAZA TOWER DR., BATON ROUGE, LA 70816

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

VERIFIED PETITION FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA February 19, 2019

**Clerk's Office, Room 402, Civil Courts**          **CHELSEY RICHARD NAPOLEON, Clerk of**
**421 Loyola Avenue**                               **The Civil District Court**
**New Orleans, LA**                                 **for the Parish of Orleans**
                                                    **State of LA**
                                                    **by**
                                                    **Dacia Smith, Deputy Clerk**

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the within | On this _____ day of _____ _____ served a copy of the within |
| VERIFIED PETITION FOR DAMAGES | VERIFIED PETITION FOR DAMAGES |
| ON FHP TECTONICS | ON FHP TECTONICS |
| THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CT CORPORATION SYSTEM | THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CT CORPORATION SYSTEM |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of a person of suitable age and |
| _____ No. _____ | discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating |
| Deputy Sheriff of _____ | HIM/HER the said FHP TECTONICS being absent from the domicile at time of said service. |
| Mileage: $ _____ | |
| | Returned the same day |
| _____ / ENTERED /_____ | _____ No. _____ |
| PAPER          RETURN | Deputy Sheriff of _____ |
| _____/_____          _____/_____ | |
| SERIAL NO.    DEPUTY    PARISH | |

ID: 10133422                      Page 1 of 1

FILED

2019 FEB 14 P 3: 04

CIVIL
DISTRICT COURT

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

DOCKET NO. 2019-01701                    DIVISION: 'C'

**BRUCE BRANDEN, JR.**

**VERSUS**

**F.H. PASCHEN, S.N. NIELSEN, INC., FHP TECTONICS CORP.,**

**DAVID FLORES, LEO WRIGHT, GEORGE PATTERSON,**

**and ABC INSURANCE COMPANY**

FILED: _____          '
                                         **DEPUTY CLERK**

**VERIFIED PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes Plaintiff Bruce Branden, Jr.,
a person of the full age of majority and a resident of the Parish of Orleans, State of Louisiana, who
respectfully represents the following:

**1.**

Made defendants herein are **F.H. Paschen, S.N. Nielsen, Inc.** ("F.H. Paschen") and its
wholly owned subsidiary, **FHP Tectonics Corp.** ("FHP Tectonics"), **David Flores, Leo Wright,
George Patterson,** and **ABC Insurance Company.** F.H. Paschen and FHP Tectonics are both
Illinois corporations authorized to do and doing business in the State of Louisiana. Based upon
information and belief, David Flores is a resident of Livingston Parish, George Patterson is a
resident of Orleans Parish, and Leo Wright is a resident of Illinois. ABC Insurance company was
at all times the insurer of one or both companies. At all relevant times, F.H. Paschen and/or FHP
Tectonics were the employer of the Plaintiff; David Flores was the direct supervisor of the
Plaintiff; Leo Wright was the Senior Vice President who oversaw David Flores; and George
Patterson was the Director of Property Management for the City of New Orleans.

**2.**

Venue is proper in Orleans Parish as one or more defendants is an Orleans resident; all
relevant actions occurred in Orleans Parish; Plaintiff's damages have been sustained in Orleans

Parish, and the defendant corporations maintain an office in Orleans Parish, where Plaintiff was employed.

## BACKGROUND

### 3.

Plaintiff, Bruce Branden, Jr., was employed by F.H. Paschen and/or FHP Tectonics for six years. He was initially hired in Chicago, then he was transferred to New Orleans where he was ultimately promoted to Superintendent. He was an exemplary employee, receiving numerous bonuses and promotions.

### 4.

After moving to New Orleans in early May of 2012, Plaintiff performed his job admirably and was promoted first to Foreman, then to Acting Superintendent in 2014 and finally to Superintendent in 2015. Once promoted to Superintendent, Plaintiff noticed certain illegal practices involving his employer, employees of the City of New Orleans Department of Property Management and certain subcontractors, regarding the utilization of said subcontractors, the payment of their inflated invoices, and the monetary and other unlawful kickbacks to City employees in connection therewith. His specific concerns were as follows:

1) George Patterson, Director of Property Management for the City of New Orleans, would direct F.H. Paschen to hire certain subcontractors at a price set by George Patterson. When Plaintiff stated he knew of subcontractors that would perform better work cheaper and offered to bid out the subcontract, he was told not to question it by George Patterson, as well as his superiors at F.H. Paschen.

2) Plaintiff told selected subcontractors their payment would not be approved until a visual walkthrough was performed and F.H. Paschen was paid by the City, which is the usual rule F.H. Paschen operates under. Plaintiff was then contacted by Dave Flores and George Patterson who told Plaintiff to never tell these particular subcontractors they would not get paid. Often, these subcontractors would be paid prior to the job being completed or even started, frequently being paid ahead of other subcontractors who had already completed jobs.

3) Plaintiff would attempt to direct these subcontractors to follow and enforce procedure and safety regulations (both OSHA and FHP internal procedures), and was told to cease attempting to direct those subcontractors and to leave them alone.

4) Plaintiff overheard Edward F. Sens, at the time Deputy Director of the Department of Property Management for the City of New Orleans, talking to the subcontractor about workers to be sent to Mr. Sens' house. He stated, "Don't send the ones that smoke weed to my house." The subcontractor seemed very worried that Mr. Sens was talking to him about this, and denied knowing what Mr. Sens was talking about. Mr. Sens clarified, "You know, the same painters you sent to George's house!"

Plaintiff began bringing these concerns to his direct supervisor, Dave Flores, in mid to late 2015 or early 2016. In November or December of 2017 Plaintiff spoke up during a meeting with George Patterson and several others, explaining to Mr. Patterson that he could find more qualified, reliable, and cheaper subcontractors, and in fact had found a reliable subcontractor willing to perform the job for substantially less money than the favored subcontractor. George Patterson immediately threatened Plaintiff by saying "I can make people disappear, I've done it before."

After the meeting in which Plaintiff was threatened, Herman Hogues, former operations manager for the City of New Orleans Department of Property Management, approached Plaintiff in a concerned manner and told Plaintiff that he needed to take Mr. Patterson's threats seriously, and that Mr. Patterson had made people "disappear" before.

George Patterson was fired by the City of New Orleans in late June of 2018 as a housekeeping measure by the incoming City Administration. Shortly thereafter, Dave Flores and F.H. Paschen Senior VP, Leo Wright, began making threats on Plaintiff's job and his life. Specific threats made by Dave Flores include; "Other things can happen than you just losing your job. Remember Herb, Mike, and Larry."[1]

Mr. Flores and Mr. Wright both referenced Plaintiff's complaints during these threats; asking who else Plaintiff had spoken to about his concerns, and accusing him of cooperating with investigations into George Patterson's conduct as Director of Property Management for the City

---

[1] This threat referred to "Herb," a former FHP subcontractor who had been shot in the head. Mike and Larry were former FHP employees. Mike was removed from the JOC program for complaining about the favored subcontractor.

of New Orleans. Plaintiff addressed these threats during a meeting with Mr. Flores on June 25, 2018 and requested to speak with corporate counsel regarding how to field inquiries regarding George Patterson's termination by the City. Mr. Flores denied Plaintiff's request. Plaintiff followed up via e-mail to Mr. Flores on July 11, 2018, and restated his concerns.[2] After receiving no response, Plaintiff emailed several other members of F.H. Paschen/FHP Tectonics management on July 17, 2018[3], and was contacted about this email by corporate counsel, Brian Guerin, via e-mail on July 18, 2018.[4] Plaintiff once again stated his concerns, and detailed the threats made and the effect on his mental health.

## COUNT ONE:

## RETALIATION IN VIOLATION OF LOUISIANA WHISTLEBLOWER STATUTE
### (Corporate Defendants)

### 5.

On or about July 26, 2018 and acting as authorized agents of one or both corporate defendants, corporate counsel Brian Guerin and Michael Woods, a general superintendent of F.H. Paschen, wrongfully terminated the plaintiff. At the time, plaintiff was given no reasons, written or oral, for his termination. Plaintiff's termination of employment was a direct result of his complaints regarding unethical and illegal billing practices, illegal choice of subcontractors, and complaints regarding threats of termination and/or physical violence for questioning these matters — which was also an attempt to deter Plaintiff from cooperating with investigations into the City of New Orleans Department of Property Management. Subsequent to his termination, Plaintiff was contacted by local authorities and has cooperated with them with respect to their investigation of matters related to the allegations contained herein.

### 6.

Defendants' conduct, outlined above, constituted a violation or attempted violation of various state and/or federal laws, including but not limited to laws involving obstruction of justice, witness tampering, conspiracy, bribery and governmental ethics. The wrongful discharge of

---

[2] See correspondence from Bruce Branden Jr. to David Flores, dated July 11, 2018, Attached hereto as Exhibit A.
[3] See correspondence from Bruce Branden Jr. to Leo Wright, Jim Blair, and Mike Woods, dated July 17, 2018, attached hereto as Exhibit B.
[4] See correspondence between Bruce Branden Jr. & Brian Guerin, dated July 17 and 18, 2018, Attached hereto as Exhibit C.

Plaintiff was in violation of LA R.S. 23:967, the Louisiana Whistleblower law, as was the harassment he suffered in retaliation for his complaints.

7.

LA R.S. 23:967 provides that damages, reasonable attorney's fees, and court costs are recoverable by an employee from his employer for violations of that law. The Statute in relevant part specifically states as follows:

A. An employer shall not take reprisal against an employee who in good faith, and after advising the employer of the violation of law:

    (1) Discloses or threatens to disclose a workplace act or practice that is in violation of state law.

    (2) Provides information to or testifies before any public body conducting an investigation, hearing, or inquiry into any violation of law.

    (3) Objects to or refuses to participate in an employment act or practice that is in violation of law.

B. An employee may commence a civil action in a district court where the violation occurred against any employer who engages in a practice prohibited by Subsection A of this Section. If the court finds the provisions of Subsection A of this Section have been violated, the plaintiff may recover from the employer damages, reasonable attorney fees, and court costs.

C. For the purposes of this Section, the following terms shall have the definitions ascribed below:

    (1) "Reprisal" includes firing, layoff, loss of benefits, or any discriminatory action the court finds was taken as a result of an action by the employee that is protected under Subsection A of this Section; however, nothing in this Section shall prohibit an employer from enforcing an established employment policy, procedure, or practice or exempt an employee from compliance with such.

    (2) "Damages" include compensatory damages, back pay, benefits, reinstatement, reasonable attorney fees, and court costs resulting from the reprisal.

## COUNT TWO

### RETALIATION IN VIOLATION OF INTERNAL POLICIES

#### 8.

F.H. Paschen's "Code of Business Ethics and Conduct"[5] provides each employee rights that are greater than provided by law, and it imposes greater duties on F.H. Paschen than imposed by law. These rights include the right to raise concerns without fear of being terminated.  In fact, the F.H. Paschen Code of Business Ethics and Conduct imposes an affirmative duty on employees to report suspected violations of the law. It reads: "No adverse action or retribution of any kind will be taken against an employee because he or she reports a suspected violation of this Code *or other irregularity*...Employees are subject to discipline for improper conduct **or for failing to take reasonable steps to prevent or detect improper conduct**" (emphasis added).  Plaintiff signed a statement agreeing to report *suspected* violations of any Federal or State laws, regulations, or the Code of Business Ethics and Conduct on March 30, 2018.[6] These policies were echoed by a memorandum sent to all F.H. Paschen and FHP Tectonic employees by Jim Blair on March 1, 2018, which reads, "The Companies guarantee that no adverse action or retribution of any kind will be taken against an employee because he or she reports a suspected violation or other irregularity."[7]

#### 9.

The actions of David Flores, Leo Wright, F.H. Paschen, and FHP Tectonics have clearly violated the standards and policies of F.H. Paschen's Code of Business Ethics and Conduct.

### COUNT THREE:

### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

#### (David Flores, Leo Wright, George Patterson)

#### 10.

The extreme and outrageous conduct by David Flores, Leo Wright, and George Patterson caused Plaintiff great mental strain and anguish. amounts to intentional or negligent infliction of

---

[5] Attached hereto, in pertinent part, as Exhibit D.
[6] Attached hereto as Exhibit E.
[7] Attached hereto as Exhibit F

emotional distress under La. Civ. Code Ann. Art. 2315. Under the doctrine of *respondeat superior*, F.H. Paschen and FHP Tectonics are also responsible for the harm caused by the acts of their agents.[8]

### 11.

Defendants, who were Plaintiff's supervisor, division Vice President, and director of the City agency work was performed for, set out on a campaign of deliberate and repeated harassment of the Plaintiff over the course of several months. On top of threats to his life, from both his supervisors and City officials, Plaintiff was given conflicting information on what his duties should entail, and then reprimanded no matter what course of action he took. He was told certain duties were his responsibility to attend to, and then was reprimanded when he performed them. He was repeatedly asked if he was cooperating with any department or agency in their investigation of the City of New Orleans' Division of Property Management, and was called a liar and threated with physical harm and adverse employment action when he reported he had, at that time, not spoken to any investigators.

The harassment was detrimental to Plaintiff's mental and physical health, which was the result Defendants intended, or knew it would be certain or substantially certain to follow from their conduct. Plaintiff was forced to take several days off work due to stress and anxiety caused by the Defendants' conduct. Despite the addition of a home security system, and changes to his house that would make home invasion more difficult, Plaintiff continues to suffer extreme fear and anxiety due to Defendants' threats.

### 12.

Plaintiff has met the requirements of LA R.S. 23:967 and La. Civ. Code Ann. Art. 2315. He notified his employer of potential participation in and facilitation of a kickback scheme and other violations of law involving public officials, as required by F.H. Paschen's own internal policies. He complained up the chain of command despite threat to his safety and livelihood. Because of this, his own supervisors engaged in a calculated pattern of harassment designed to make him fear for his life, and to deter him from participating in any investigations of wrongdoing

---

[8] LA Civ Code 2320

committed by his employer.  Due to his wrongful termination, Plaintiff has sustained substantial economic loss both in salary and in health insurance and retirement opportunities, and has sustained great emotional suffering and anxiety, for which defendants are responsible.

**WHEREFORE**, plaintiff, Bruce Branden, Jr., prays that defendants F.H.P. Tectonics, F.H. Paschen, S.N. Nielsen Inc., David Flores, Leo Wright, George Patterson and ABC Insurance Company, be duly served and cited to appear and to answer this Petition, as provided by law; and that after legal delays and due proceedings are had that there be judgment rendered against defendants F.H.P. Tectonics, F.H. Paschen, S.N. Nielsen Inc., David Flores, Leo Wright, George Patterson and ABC Insurance Company and in favor of plaintiff for an amount sufficient to compensate plaintiff for the injuries and losses he suffered as a result of the wrongful retaliation, wrongful termination, and intentional infliction of emotional distress he experienced, with legal interest thereon from the date of judicial demand until paid, for reasonable attorney's fees, and for all costs of these proceedings, together with such other relief as law, equity and the nature of the case shall permit.

Respectfully Submitted:

AARON & GIANNA, PLC

WILLIAM D. AARON, JR. (LSBA #2267)T.A.
COURTNEY H. PAYTON (LSBA #30663)
201 St. Charles Avenue
Suite 3800
New Orleans, LA 70170
Telephone: (504) 569-1800
Facsimile: (504) 569-1801
waaron@aarongianna.com
cpayton@aarongianna.com
*Attorneys for Bruce Branden, Jr.*

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

**PLEASE SERVE:**

F.H. Paschen, S.N. Nielsen, Inc.
Through its registered agent for service of process:

CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

FHP Tectonics
Through its registered agent for service of process:

CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

David Flores
At his place of business:

4034 Canal Street
New Orleans, LA 70119

George Patterson
521 Saint Mary St
Apt 305
New Orleans LA 70130


TO BE SERVED via certified mail
under the long-arm statute La. R.S. 13:3204:

Leo Wright
F.H. Paschen, S.N. Nielsen Inc.
5515 N. East River Road
Chicago, IL 60656

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

DOCKET NO.:                                    DIVISION: "     "

**BRUCE BRANDEN, JR.**

**VERSUS**

**F.H. PASCHEN, S.N. NIELSEN, INC., FHP TECTONICS CORP.,**

**DAVID FLORES, LEO WRIGHT, GEORGE PATTERSON,**

**and ABC INSURANCE COMPANY**

FILED: _____

                                  **DEPUTY CLERK**

**VERIFICATION**

I, Bruce Branden, Jr. hereby state that:

1) I have read the foregoing Verified Petition;

2) That I am authorized to make this *Verification* on my own behalf;

3) That the factual allegations contained in Paragraphs 1-10 are true and correct based on my

    personal knowledge, and information available to me which I believe to be true to the best

    of my knowledge, information, and belief.

Executed on the 13th day of February, 2019 in New Orleans, Louisiana.

                                    Bruce Branden, Jr.

**THUS SWORN AND SUBSCRIBED**
Before me, a Notary Public, in New Orleans,
Louisiana, this 13th day of February, 2019.

NOTARY PUBLIC
Printed Name: _____ *Wm. D. Aaron, Jr*

Notary I.D./Bar No. _____ 2267

My Commission Expires _____ *AT MY DEATH*

**A TRUE COPY**

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

  M Gmail                                    Bruce Branden < FILED

                                                          2019 FEB 14 P 3:04

## RE: Va 9th floor- Delgado Reno - issues and safety issues

Bruce Branden <bbranden@                    >                          CIVIL Wed, Jul 11, 2018 at 2:55 PM
To: Dave Flores <dflores                                              DISTRICT COURT
Cc: Joseph Lupo <JLupo              n>, Nick Bilski <NBilski@       >, Mike Woods
<mwoods          m>, "brucebrandenjr                                      , Leo Wright
<LWright

Dave,

I didn't mean to insult you or however you may have taken my question. I was just asking a question about the job when I
had a requested/emergency Personal days off because I knew you had been on site.

I guess over the last week, I am very confused on what you have expected from me. You informed me to stay away from
city hall and the VA due to the amount of heat and stuff going on with Property Managements investigations and
questions. You requested me to keep on site visits to a minimum. So I have done so. Now you are requesting me to be
there more often than usual. I guess, I feel very confused about all of this at the moment. Can you provide me with
exactly what you want me to do and what is expected? Because I feel as if I am being pulled both ways/from different
directions and it is very stressful.

David Lye has not been on site the last 2 times I have been there. There isn't a foreman or a Safeway Rep on site to talk
too. And there is a language barrier amongst the rest of the crews. It only makes sense to inform Todd Allred and let him
handle his crews as we do for all our other subs.

Rage? I am honestly a bit confused by this. If quality control and safety isn't important on this job please let me know. I
have treated all FHP jobs to our requested/suggested quality and safety standards provided by Chicago. Please let me
know if I should handle this any differently. I copied Nick Bilski, just in case something has changed he can inform me of
these changes.

Over the last 2 weeks. I feel completely stressed out over accusations from Leo and Yourself. All I am trying to do is keep
my head down and do my job. I have no reason to be speaking with anyone from the city about any accusations towards
their former staff. In addition to that accusation, I keep being asked to do one thing one way and then do it totally different
the next. One minute I am asked to inform the city of what work has been performed on a job and then the next minute I
am told to inform you or Joey Lupo to send an email because I gave to much information. None of this makes any sense
to me. Please elaborate what you expect from me.

I have performed my job to the best of my abilities since I was hired over 6 years ago in the building division and moved
into JOC in 2014/15. What I don't understand is that since George Patterson has been released from the city. All of a
sudden, I am being questioned about everything I do and accused of saying things I have not. I have been nothing but
LOYAL to F.H. PASCHEN and FHP Tectonics Corp and now I feel completely cornered and separated from the team. The
biggest rejection that I have received that shows me big concern is that After our Monday meeting when George was
released. I (and another FHP employee) requested that I would like to speak to FHP legal Counsel for Advice on how to
handle city employees asking us questions and how to answer them correctly. I was denied that request. I am very
confused by this and it extremely stresses me out.



The mental abuse that I am receiving is definitely taking its toll on me. I would like to request to have these questions answered and resolved.

Bruce Branden

 **Gmail**

Bruce Branden

FHP no response

**FHP no response**          2019 FEB 14 P 3: 04

Bruce Branden <bbranden. ⌐ ⌐   .   .⌐ ⌐ . ⌐>           CIVIL    Tue, Jul 17, 2018 at 8:03 AM
To: Dave Flores <dflores⌐⌐⌐⌐⌐⌐⌐⌐⌐⌐n>, Jim Blair <JBlair⌐⌐.      DISTRICT COURT
Cc: Joseph Lupo <JLupo⌐      .n>, Nick Bilski <NBilski⌐     m>, Mike Woods
<mwoods@ ⌐      ⌐,.        ⌐" <brucebrandenjr       . Leo Wright
<LWright ⌐

Fhp management,

I have yet to get a response from my immediate supervisors or upper management on these questions I have.

This makes me have greater concern and creates extreme anxiety over these situation. It has gotten to the point that I haven't been able to sleep or eat. I have had to take personal sick days due to this situation. I would turn to HR but we don't have an HR department to turn to since Jeanette has moved to D.C. With FHP.

The mental abuse just continues without having these questions resolved. Not to mention, I still have not received one response to my previous email below. Please let me know when I can have these questions and concerns resolved. The stress levels are beyond any levels I have ever experienced and I went through the craziness during hurricane Isaac down here at South Plaque High School and I never thought I could experience more stress than that.

**Regards,**

**BRUCE BRANDEN**
**Superintendent | NOLA J.O.C. Projects**

4034 Canal Street
New Orleans, LA. 70119
Direct 847.736.5610 | Main 504.206.3000 | Fax 504.592.9346
BBranden@fhpaschen.com | www.fhpaschen.com
**Build with Paschen**
*An Equal Opportunity Employer*
☐ ☐☐☐

This e-mail message is for the sole use of the recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient(s), please contact the sender by reply e-mail and destroy all copies of the original message.


EXHIBIT
B

 **Gmail**                                    Bruce Branden

---

## Re: NOLA Discussion                        2019 FEB 14  P 3: 04

**Bruce Branden <                    .>**                        Wed, Jul 18, 2018 at 10:31 AM
To: Brian Guerin <
Cc: Jim Blair <                      , Nick Bilski <NBilsl         >, Mike Woods <mwoods

Brian,

I did not respond because I took a mental sick day because of the amount of stress that I have been put through these passed couple of weeks.

I would like to discuss sooner than later 3-4 weeks is a very long time to work in the Hostile Work Environment that Dave Flores and Leo Wright have created.

Yes I do have safety concerns. I have been threatened by Dave, Leo and the Former Director of Property Management. What doesn't make sense to me is the subs that were favored by this director we still use and are being protected by Dave and Leo. We are suppose to be working for the Owner and provide quality work at a fair price. Yet I am being told when I'm doing my job that I am in the wrong. That is only with these said subs. This brings much concern to me on why these subs (that are completely and utterly outright expensive) are even still being used. We should have the owners best interest in heart but we don't. These leaders are putting FHP in New Orleans at risk of failure better yet setting us up to fail hard with the expectations of the owner. These expectations were told to us in a group JOC meeting that Dave Flores attended. Then after the meeting and I inform Dave we should remove a certain sub off all of our jobs. I get a phone call within an hour later from Leo suggesting that I have been talking with the city officials and making crazy accusations. The accusations continued over and over for almost 5 minutes. Then a week or so later, receiving threatening phone calls from Dave stating that oh you took a sick day? Are you interviewing with other companies? You should be looking for a new job, etc. then that I better expect calls from Leo that he knows I've been speaking with people and I can expect to get fired over it. Only thing is that I have kept my head down and not talking to anyone. These accusations and harassment are unacceptable.

The hostile work environment that these two men have created is unacceptable. No one should have to deal with this in the work place.

## Regards,

**BRUCE BRANDEN**
Superintendent | NOLA J.O.C. Projects

4034 Canal Street
New Orleans, LA. 70119
Direct 847.736.5610 | Main 504.206.3000 | Fax 504.592.9346
BBranden@fhpaschen.com | www.fhpaschen.com
**Build with Paschen**
*An Equal Opportunity Employer*
☐ ☐☐☐

This e-mail message is for the sole use of the recipient(s) and may contain confidential and privileged information. Any



unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient(s), please contact the sender by reply e-mail and destroy all copies of the original message.

On Jul 18, 2018, at 11:07 AM, Brian Guerin <BGuerin⏑... ⏑         - wrote:

Bruce,

I did not receive a response yesterday to my questions and concerns related to your apparent concern for your safety.

I want to arrange a meeting to discuss the issues you raised. Are you available next Thursday or Friday?

Brian


**BRIAN A. GUERIN**

Corporate Counsel

<image003.png>

5515 N. East River Road, Chicago, IL 60656

Main 773.444.3474 | Direct 773.444.1542

bguerin@fhpaschen.com | www.fhpaschen.com

**Build with Paschen**

*An Equal Opportunity Employer*

This e-mail message is for the sole use of the recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient(s), please contact the sender by reply e-mail and destroy all copies of the original message.

From: Brian Guerin
Sent: Tuesday, July 17, 2018 10:53 AM
To: Bruce Branden <bbranden                    >
Subject: RE: NOLA Discussion

Bruce,

'12/6/2018                                                                                    Gmail - Re: NOLA Discussion

What "accident" are you in fear of — have you received physical threats of harm? What reason do you have to not meet at the local office (or our corporate offices, for that matter)? Do you have concerns related to your personal safety?

Your issue is new to me and I am attempting to understand the facts but have new concerns based upon your response to my invitation.

Finally, this is a business matter. I do not reply to personal email accounts when conducting internal business with employees with working email accounts. If you are having trouble with your email access, contact IT.

**BRIAN A. GUERIN**

**Corporate Counsel**

<Image002.png>

5515 N. East River Road, Chicago, IL 60656

Main 773.444.3474 | Direct 773.444.1542

bguerin@fhpaschen.com | www.fhpaschen.com

**Build with Paschen**

*An Equal Opportunity Employer*

This e-mail message is for the sole use of the recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient(s), please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Bruce Branden
**Sent:** Tuesday, July 17, 2018 10:20 AM
**To:** Brian Guerin <BGuerin                              m>
**Cc:** brucebrandenjr
**Subject:** Re: NOLA Discussion

Brian,

I will not be in Chicago and I don't want to go any time soon in fear that something can "accidentally" happen to me.

I can meet in New Orleans and I prefer it to be in a public place and not at the office.

**Regards,**

**BRUCE BRANDEN**

**Superintendent | NOLA J.O.C. Projects**

<~WRD271.jpg>

**4034 Canal Street**

**New Orleans, LA. 70119**

**Direct 847.736.5610 | Main 504.206.3000 | Fax 504.592.9346**

**BBranden@fhpaschen.com | www.fhpaschen.com**

**Build with Paschen**

***An Equal Opportunity Employer***

<~WRD271.jpg>  <~WRD271.jpg>  <~WRD271.jpg>  <~WRD271.jpg>

This e-mail message is for the sole use of the recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient(s), please contact the sender by reply e-mail and destroy all copies of the original message.

On Jul 17, 2018, at 9:57 AM, Brian Guerin <BGuerin@FHPaschen.com> wrote:

Bruce,

I have been made aware that you have some concerns related to your current assignment(s). I received an forwarded email from you regarding management issues and your workload. I apologize for not reaching out to you sooner; this time of year is busy, as you know.

I want to arrange a time to discuss your email and other concerns. Do you have any current plans to be in Chicago in the coming weeks? If not, I will arrange to meet you for an interview at our New Orleans office in late July or early August. Let me know what is most convenient for you.

Brian

### 8.5    Drug-Free Workplace

FILED

The unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance is prohibited in the Company's workplace. The Company will take disciplinary action against violators of the drug prohibition. Compliance with the Company's prohibition on the use of illegal drugs is a condition of employment for all Company employees.

DISTRICT COURT

Any employee who is convicted of any violation of any federal or state drug abuse statute occurring in the workplace must notify the Company of the conviction no more than five (5) days after the conviction. The Company will notify the U.S. Government of any such conviction within ten (10) days of receipt of the employee conviction notice and will take appropriate personnel action within thirty (30) days of receipt of that notice. Any employee convicted of a violation of a drug abuse statute in the workplace may be terminated or required to participate in a drug abuse assistance or rehabilitation program.

### 8.6    Human Trafficking

The Company is committed in our business practices to reflect our Company's values, including treating people with respect and dignity. The U.S. Government has adopted a zero tolerance policy regarding trafficking in persons. In accordance with this Code and terms and conditions in applicable U.S. Government contracts, the Company complies with these requirements regarding trafficking in persons and forced labor and it flows down such requirements to its suppliers. Employees must promptly report any suspected violations by the Company or any subcontractor employees at any tier through the procedures in Section 9.

## 9.    REPORTING VIOLATIONS

Employees must report suspected violations of the law and/or this Code to their supervisor, the Human Resources Department, the Legal Department, or another member of management. Alternatively, confidential and anonymous reports can be made to the Company's Business Ethics and Procurement Fraud Hotline (1-844-237-6350) at any time of day or night. Employees doing business with the U.S. Government may also report suspected violations or irregularities to the U.S. Government sector Ombudsman. No adverse action or retribution of any kind will be taken against an employee because he or she reports a suspected violation of this Code or other irregularity. Such reports shall be treated confidentially to the maximum extent consistent with fair and rigorous enforcement of the Code. Employees are subject to discipline for improper conduct or for failing to take reasonable steps to prevent or detect improper conduct.

## 10.    INTERNAL CONTROL SYSTEM

The Company will maintain an internal control system to ensure that the Company continues to meet the highest ethical, legal, and business standards. The internal control system includes:

(1)    Periodic reviews of Company practices, procedures, policies, and internal controls to judge whether they are in compliance with this Code and other applicable standards;

(2)    Periodic monitoring and auditing to detect criminal conduct and the risk of criminal conduct;

10

Rev. Jul

EXHIBIT

D

FILED

## CODE OF BUSINESS ETHICS AND CONDUCT
## ACKNOWLEDGMENT FORM

2019 FEB 14   P 3: 01

CIVIL
DISTRICT COURT

**I hereby certify that:**

I have read, understand, and agree to abide by the Code of Business Ethics and Conduct. I have viewed the Ethics and Compliance Training and I have reviewed the Ethics and Compliance Training PowerPoint slides. I understand that it is my responsibility to familiarize myself with the contents of the Code. I also understand that I should ask my supervisor, the Corporate Compliance Officer, or the Legal Department to clarify any information that is unclear.

I agree to report suspected violations of any Federal and/or State laws, regulation or the Code of Business Ethics and Conduct to my supervisor, the Human Resources Department, the Legal Department, or another member of management. I understand that any violation of any Federal and/or State laws, regulations or the Code of Business Ethics and Conduct is grounds for disciplinary action, up to and including discharge from employment.

Signature: _____   Print Name: _BRUCE J. BRANDEN Jr._

Date: _3/30/18_____

Department: _NOLA JOC_____

12

Rev 

 

**F.H. PASCHEN**

**TECTONICS**

FILED

2019 FEB 14 P 3: 04

CIVIL
DISTRICT COURT

| | |
|---|---|
| **TO:** | All Employees |
| **FROM:** | Jim Blair |
| **DATE:** | March 1, 2018 |
| **RE:** | Management Compliance Memorandum |

F.H. Paschen, FHP Tectonics, and Stalworth maintain the highest moral, legal, and ethical standards by complying with all laws governing our operations, including compliance with SBA regulations. Compliance with the law means not only following the law, but also conducting business in a manner that upholds our reputation as an ethical and law-abiding company.

The Companies are committed to promoting and doing business with qualified small and diverse businesses, including but not limited to Minority Business Enterprises, Women Business Enterprises, Disadvantaged Business Enterprises, Veteran-Owned and Service Disabled Veteran-Owned Businesses, and 8(a) businesses. We make efforts to provide subcontracting, supplier, joint venture, and mentor-protégé opportunities to qualified small and diverse firms that perform in accordance with contract and legal requirements. We also encourage efforts to utilize small and diverse professional services firms.

We are committed to upholding our commitments to the law and to our small and diverse business partners through our robust compliance and ethics program, which includes our: DBE Compliance Handbook; Code of Business Ethics and Conduct; annual training; extensive outreach efforts and community involvement; and regular review of capability, performance, and statistical information and data on the utilization and participation of small and diverse firms. Additionally, we have several features to ensure compliance with SBA regulations governing the 8(a) Mentor-Protégé Program, including: an accounting procedure to monitor the percentage of work requirements; an 8(a) Mentor-Protégé Compliance Handbook; annual training; and internal and external compliance audits.

Employees must report suspected violations of the law, procurement regulations, Government contract terms, or Company policy to the Compliance Officer, the Legal Department, their supervisor, or another member of management. Alternatively, confidential and anonymous reports can be made to the Company's Hotline (1-844-237-6350) at any time or day or night or, for Department of Defense contracts, the DoD Hotline (1-800-424-9098). Employees doing business with the U.S. Government may also report suspected violations or irregularities to the U.S. Government sector Ombudsman.

The Companies guarantee that no adverse action or retribution of any kind will be taken against an employee because he or she reports a suspected violation or other irregularity. Such reports shall be treated confidentially to the maximum extent consistent with fair and rigorous enforcement. Employees are subject to discipline for improper conduct or for failing to take reasonable steps to prevent, detect, or report improper conduct.



EXHIBIT
F